




**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 1:20-CV-05719

2. **Case Title:** Dyson Technology Limited, v. The Partnerships and Unincorporated Associates Ider

3. **Judge:** Manish S. Shah

4. **Moving Party:** Dyson Technology Limited

5. **Amount of Deposit:** 10,000.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes ☐   No ☑
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

W. Bart Rankin
Attorney or Litigant

November 13, 2020
Date

Rev. 0330017