**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**DYSON TECHNOLOGY LIMITED,**

***Plaintiff,***

**v.**

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**

***Defendants*.**

**CIVIL ACTION NO. 1:20-cv-5719**

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action without prejudice as to the following Defendant:

| Defendant's Name | Line of Schedule A |
|---|---|
| Monoprice, Inc. | 52 |

No Defendant listed above has served or filed an answer or motion for summary judgment.

Dated: June 28, 2021

*/s/ Mark Ratway*
**Shima S. Roy**
shima.roy@bakermckenzie.com
**BAKER & McKENZIE LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-861-2899

**Dyan M. House** (admitted *pro hac vice*)
dyan.house@bakermckenzie.com
**Mark Ratway** (admitted *pro hac vice*)
mark.ratway@bakermckenzie.com
**Karen Hays** (admitted *pro hac vice*)
karen.hays@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

ATTORNEYS FOR DYSON TECHNOLOGY LIMITED