**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>***Defendants.*** | **CIVIL ACTION NO. 1:20-cv-5719** |

**DEFAULT JUDGMENT ORDER**

The Court has heard Plaintiff Dyson Technology Limited's ("Dyson") Motion for Entry of Default and Default Judgment (the "Motion") filed against the following Defendants: Vivi_hua, St_sz_eli, Superoneshop, Shop5728262, Shop5730341, Dreamgoal, and WenFran (collectively, the "Defaulting Defendants"). After considering the motion and other matters of record, the Court is of the opinion that the Motion is meritorious and should be GRANTED. In particular, the COURT HEREBY FINDS:

1. The Defaulting Defendants were properly served with Process pursuant to the Court's Order Granting Plaintiff's Motion for Electronic Service of Process. (*See* ECF No. 18.) The Defaulting Defendants were specifically served with Process by email, and such service was reasonably calculated under all circumstances to apprise the Defaulting Defendants of this action and provide them an opportunity to answer and present their objection.

2. The Defaulting Defendants have each failed to answer or otherwise respond to Plaintiff's Complaint, and the deadline for doing so has expired.

3. The Defaulting Defendants are each subject to this Court's jurisdiction by virtue

of operating fully interactive commercial internet stores that, among other things, offer to sell and ship products into the State of Illinois and to Illinois residents. As a result, the Defaulting Defendants have intentionally directed their activities at Illinois and have purposefully availed themselves of the privilege of conducting business in the State of Illinois. The injury suffered by Plaintiff arises from Defaulting Defendants' conduct in the State of Illinois, and thus, the Court's exercise of specific personal jurisdiction over the Defaulting Defendants does not offend traditional notions of fair play and substantial justice.

4. The Defaulting Defendants are knowingly selling counterfeit and infringing products that are using one or more of the following trademarks without authorization (collectively the "DYSON Trademarks"):

| Trademark | Registration No. | Goods |
|---|---|---|
| AIRWRAP | 5,668,383 | Hair styling apparatus, namely, electric irons for styling hair; electrical appliances for styling hair, namely, electric hand-held hair styling irons; apparatus and devices for curling hair, namely, non-electric hair curling irons; electric hair curling irons; electric hair straightening irons; electric hair crimper; electric apparatus for hair cutting, namely, hair cutting scissors; electric apparatus for hair trimming namely, hair trimmers; heated electric hair curling irons; hair curling tongs; interchangeable styling attachments being parts for all the aforesaid goods; cases, boxes and bags specifically adapted for holding the above mentioned goods; parts for all the aforesaid goods; electric hair dryers; hair dryers; cases, boxes and bags specially adapted for all the aforesaid goods; parts for the aforesaid goods; hair brushes; electric hair brushes; electric rotating hair brushes; electric heated hair brushes; hot air hair brushes; combs; large-toothed combs for the hair; electric combs; cases, boxes and bags specially adapted for all the aforesaid goods; parts for all the aforesaid goods |
| dyson | 5,075,285 | Electrical irons for styling hair; electric hair curling irons; electric hair straightening irons; electric hair crimpers, cutters, straighteners, and trimmers; cases, parts, and fittings for all the aforesaid goods |
| DYSON | 5,125,976 | Electrical appliances for styling hair, namely, electric hair curling irons; electric hair straightening irons; electric hair crimper; hair cutting scissors; electric hair trimmers; electric irons for styling hair; cases specially adapted for |

| | | |
|---|---|---|
| | | holding or carrying the aforesaid electric hair appliances; parts and fittings for all the aforesaid goods |
| dyson | 5,088,678 | Toiletries for care and cleaning of hair; hair spray; hair lotions; hair straightening preparations; hair conditioners; hair waving and hair setting preparations; hair mousse; hair styling and molding preparations; hair gel; hair wax; neutralizers for permanent waving; hair curling preparations; hair texturizers; sunscreen preparations; sun-tanning preparations |
| dyson | 5,088,677 | Sanitary installation wash hand basins; sinks; taps; faucets; water heaters; water filtering apparatus; water purifying apparatus; water mineralizers in the nature of an apparatus for adding minerals to water; electric kettles; microwave ovens; electric toasters; electric coffee makers; electric espresso machines; electric hair dryers; air cooling apparatus; air conditioning apparatus; air conditioners; air conditioners for vehicles; air sterilizers; air purifiers; electric air deodorizers; electric dispensing units for air fresheners; electric dispensers for air fresheners; electric air filters for domestic use; humidifiers; dehumidifiers; extractor fans; extractor hoods; heat exchangers not being part of a machine; electric space heaters; electric radiant heaters for household purposes; heating apparatus for vehicles; floor heating apparatus; electric heaters having combined heating and cooling capabilities; electric air curtains for forming an air barrier between spaces; air washers for purifying and humidifying air; electric window fans; ventilation air-conditioning installations for vehicles; air filters, being parts of household or industrial installations; lighting apparatus, namely, lighting installations; electric lighting |

| | | |
|---|---|---|
| | | fixtures; ceiling lights; desk lights; floor lights; spotlights; uplighters; downlighters; lamps; led lighting fixtures; lanterns for lighting; reflectors, diffusers and lenses for lights and lamps; light bulbs; led light bulbs; parts and fittings for the aforesaid goods |
| dyson | 5,088,676 | Electric rotary hair brushes; electric hot styling brushes; electric toothbrushes; soap dispensers; hair brushes; parts and fittings for the aforesaid goods |
| DYSON | 5,126,071 | Wash hand basins, which are part of sanitary installations; sinks; taps; faucets; water filtering apparatus; water purifying apparatus; water mineralizers in the nature of an apparatus for adding minerals to water; electric kettles; microwave ovens; toasters; electric coffee makers; espresso machines; hair dryers; air conditioning apparatus; air conditioners; air conditioners for vehicles; dispensing units for air fresheners; electric dispensers for air freshener; extractor hoods; air curtains, namely, mounted electric fans used to separate temperature zones with an invisible curtain of air; air washers for purifying and humidifying air; ventilation air-conditioning installations for vehicles; air filters, being parts of household or industrial installations; lighting apparatus, namely, lighting installations; electric lighting fixtures; ceiling lights; desk lights; floor lights; spotlights; uplighters; downlighters; lamps; led lighting apparatus; lanterns for lighting; reflectors; diffusers and lenses for lights and lamps; light bulbs; led light bulbs; parts and fittings for the aforesaid goods |
| DYSON | 5,126,070 | Electric rotary hair brushes; electric hot styling brushes; electric toothbrushes; soap dispensers; hair brushes; parts and fittings for the aforesaid goods |

| | | |
|---|---|---|
| DYSON | 5,126,069 | Hair care preparations; hair cleaning preparations; hair shampoo; hair spray; hair lotions; hair straightening preparations; hair conditioners; hair waving and hair setting preparations; hair mousse; hair styling and molding products; hair gel; hair wax; neutralizers for permanent waving, namely, neutralizing gels and creams for permanent hair waving; hair curling preparations; hair texturizers; sunscreen preparations; sun-tanning preparations |
| dyson | 5,139,202 | Installation of household appliances; installation of vacuum cleaners and other cleaning apparatus; installation of hand drying apparatus; installation, maintenance, service and repair of air conditioning apparatus, purifiers, humidifiers, ceiling fans and hair dryers; installation of fans and fan heaters; installation, maintenance, servicing and repair of lighting apparatus; installations, rental and leasing of hand dryers |
| DYSON | 5,139,203 | Installation of household appliances; installation of vacuum cleaners and other cleaning apparatus; installation of hand drying apparatus; installation, maintenance, service and repair of air conditioning apparatus, purifiers, humidifiers, ceiling fans and hair dryers; installation of fans and fan heaters; installation, maintenance, servicing and repair of lighting apparatus; installations, rental and leasing of hand dryers |
| DYSON | 4,020,756 | Hard floor cleaning machines; handheld vacuum cleaners; stick vacuum cleaners; cordless vacuum cleaners; robotic vacuum cleaners; parts and fittings for all the aforesaid goods; batteries, electric batteries, rechargeable electric batteries, and battery chargers, all for cordless vacuum cleaners; parts and fittings for the aforesaid goods; electric hand dryers; electric hand drying machine for |

| | | |
|---|---|---|
| | | washrooms; electric hand and face dryers; air conditioning apparatus; air conditioners; electric free-standing fans; air cooling apparatus; air purifying apparatus; filters, being parts of household or industrial installations, namely, water filters and air filters; parts and fittings for the aforesaid goods; toy cleaning kits, namely, toy vacuum cleaners; maintenance, servicing and repair of household appliances, namely, vacuum cleaners and other floor cleaning appliances; maintenance, servicing and repair of hand drying apparatus |
| dyson airwrap | 5,668,385 | Hair styling apparatus, namely, electric irons for styling hair; electrical appliances for styling hair, namely, electric hand-held hair styling irons; apparatus and devices for curling hair, namely, non-electric hair curling irons; electric hair curling irons; electric hair straightening irons; electric hair crimper; electric apparatus for hair cutting, namely, hair cutting scissors; electric apparatus for hair trimming namely, hair trimmers; heated electric hair curling irons; hair curling tongs; interchangeable styling attachments being parts for all the aforesaid goods; cases, boxes and bags specifically adapted for holding the above mentioned goods; parts for all the aforesaid goods; electric hair dryers; hair dryers; cases, boxes and bags specially adapted for all the aforesaid goods; parts for the aforesaid goods; hair brushes; electric hair brushes; electric rotating hair brushes; electric heated hair brushes; hot air hair brushes; combs; large-toothed combs for the hair; electric combs; cases, boxes and bags specially adapted for all the aforesaid goods; parts for all the aforesaid goods |

| | | |
|---|---|---|
| DYSON AIRWRAP | 5,668,384 | Hair styling apparatus, namely, electric irons for styling hair; electrical appliances for styling hair, namely, electric hand-held hair styling irons; apparatus and devices for curling hair, namely, non-electric hair curling irons; electric hair curling irons; electric hair straightening irons; electric hair crimper; electric apparatus for hair cutting, namely, hair cutting scissors; electric apparatus for hair trimming namely, hair trimmers; heated electric hair curling irons; hair curling tongs; interchangeable styling attachments being parts for all the aforesaid goods; cases, boxes and bags specifically adapted for holding the above mentioned goods; parts for all the aforesaid goods; electric hair dryers; hair dryers; cases, boxes and bags specially adapted for all the aforesaid goods; parts for the aforesaid goods; hair brushes; electric hair brushes; electric rotating hair brushes; electric heated hair brushes; hot air hair brushes; combs; large-toothed combs for the hair; electric combs; cases, boxes and bags specially adapted for all the aforesaid goods; parts for all the aforesaid goods |
| DYSON CORRALE | 6,130,385 | Electrical appliances for styling hair, namely, electric hand-held hair styling irons; electric irons for styling hair; electrical appliances for curling hair, namely, electric hand-held hair curling irons; curling irons; curling tongs; straightening irons, namely, flat irons; electric hair curling irons; electric hair straightening irons; electric hair curlers in the nature of hand implements; electric hair crimper; electric hair cutters; electric hair trimmers; hair styling attachments designed exclusively for use with for all the aforesaid goods; cases, boxes and bags specially adapted for all for the |

| | | |
|---|---|---|
| | | aforesaid goods; parts, fittings and accessories all for the aforesaid goods |
| dyson supersonic | 5,348,163 | Hair dryers; cases specially adapted for hair dryers; accessories for hair dryers, namely, diffusers, smoothing nozzles, and concentrator nozzles; parts and fittings all for hair dryers |
| DYSON SUPERSONIC | 5,215,714 | Hair dryers; cases specially adapted for hair dryers; accessories for hair dryers, namely, diffusers, smoothing nozzles, and concentrator nozzles; parts and fittings all for hair dryers |
| SUPERSONIC | 5,215,713 | Hair dryers; cases specially adapted for hair dryers; accessories for hair dryers, namely, diffusers, smoothing nozzles, and concentrator nozzles; parts and fittings all for hair dryers |

5. Accordingly, the Court FINDS that each of the Defaulting Defendants are liable for willful federal trademark counterfeiting and infringement, false designation of origin, and violation of the Illinois Deceptive Trade Practices Act. *See* 15 U.S.C. §§ 1114, 1117, 1125(a); 815 ILCS § 510.

6. Plaintiff has further established that without a permanent injunction, it will suffer irreparable harm for which there is no adequate remedy at law. Dyson has spent millions of dollars promoting its brand and the DYSON Trademarks, reflecting that they have significant economic value. The Defaulting Defendants' counterfeiting and infringement of Dyson's Trademarks result in loss of goodwill, brand dilution, and control over the quality of products that bear Dyson's federally registered Trademarks. A permanent injunction is the only remedy that can cure that harm.

7. The balance-of-harms and effect-on-public-interest factors also favor issuing a

permanent injunction. Any harm to the Defaulting Defendants is outweighed by the irreparable harm to Plaintiff as found above, and the public interest is served by the enforcement of trademark laws, which seek to prevent consumer confusion. Thus, the Court concludes that Plaintiff is entitled to a Permanent Injunction.

8. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is also awarded statutory damage from each Defaulting Defendant in the amount of $100,000 USD (one hundred thousand dollars) for willful counterfeiting of Dyson's Trademarks. The $100,000 award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A attached thereto.

9. In view of the foregoing and other matters of record, it is hereby ORDERED THAT:

a. Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED. The Defaulting Defendants are deemed in default, and this Default Judgment shall be entered against each Defaulting Defendant;

b. The Defaulting Defendants, their affiliates, subsidiaries, parents, officers, agents, servants, employees, attorneys, and all persons acting on their behalf or in active concert with the Defaulting Defendants, collectively or individually, are hereby permanently enjoined and restrained from:

i. directly or indirectly using in any manner one or more of the DYSON Trademarks without authorization from Plaintiff, including but not limited to using any reproduction, copy, or substantially indistinguishable imitation of any DYSON Trademark in connection with the offering for sale, distribution, manufacturing, shipping, marketing, or advertising of any product that is not a genuine Dyson

product authorized by Dyson to be sold;

ii. assisting any other person or entity from using in any manner one or more of the DYSON Trademarks without authorization from Plaintiff, including but not limited to using any reproduction, copy, or substantially indistinguishable imitation of any DYSON Trademark in connection with the offering for sale, distribution, manufacturing, shipping, marketing, or advertising of any product that is not a genuine Dyson product authorized by Dyson to be sold; and

iii. committing any acts calculated to cause consumers to believe that any product manufactured, offered for sale, or sold by the Defaulting Defendants, collectively or individually, was or is being done under the authorization, control, or supervision of Dyson, or was or is sponsored by, approved by, or otherwise connected with Dyson.

c. Any third party that has contracted with, is in privity with, is associated with, and/or has provided any service to the Defaulting Defendants, individually or collectively, that is related in any way with the Defaulting Defendants' listings at issue in this lawsuit as reflected on Schedule A to Plaintiff's Complaint, including but not limited to AliExpress, Amazon, DHgate, eBay, Wish.com, PayPal, Western Union, or any other marketplace, merchant account providers, payment providers, third party processors, and/or credit card associations (collectively, the "Third Party Providers") are upon receiving notice of this Order permanently restrained and enjoined from and are ordered within seven (7) calendar days of this Order to:

i. cease and disable the Defaulting Defendants' listings set forth in Schedule A to Plaintiff's Complaint and this Order;

ii. cease and disable all advertising used by or associated with the Defaulting Defendants' listings set forth in Schedule A to Plaintiff's Complaint and this Order; and

iii. take all steps necessary to prevent links to the Defaulting Defendants' listings from displaying in search results for Dyson products.

d. Any Third Party Providers holding funds for any and all Defaulting Defendants, including but not limited to, PayPal, Inc., Amazon.com, Inc., DHgate, AliExpress, eBay, and Wish.com, shall permanently restrain and enjoin any accounts, whether U.S. based or non-U.S. based, that are connected to the Defaulting Defendants in any way from transferring or disposing of any money or other of Defaulting Defendants' assets, up to the $100,000 awarded above.

e. All monies currently restrained in the Defaulting Defendants' accounts, including amounts currently frozen and being held by any Third Party Provider pursuant to this Court's orders entered in this action, up to the $100,000 awarded above shall, within seven (7) calendar days of receipt of this Order, be released to Plaintiff, by and through Plaintiff's counsel of record, as partial payment of the statutory damages award entered above.

f. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, this Order may be served by Plaintiff on any and all Third Party Providers for the purpose of identifying any new financial

accounts being controlled or operated by the Defaulting Defendants, or any person or entity acting on behalf of or in concert with any Defaulting Defendant. If any such new accounts are identified, the Third Party Providers are ordered, within seven (7) calendar days of identifying any new account, to release all funds held in any such account to Plaintiff, by and through Plaintiff's counsel of record, as partial payment of the statutory damages award entered above.

g. In the event that Plaintiff identifies any additional online or financial accounts owned, or controlled by any Defaulting Defendant, including any accounts owned by a common owner of one or more Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to the Defaulting Defendants by e-mail at the e-mail addresses as provided by any Third Party Provider during the course of this action.

Dated: July 6, 2021

This is a Default Judgment. Terminate civil case.

The Honorable Manish S. Shah
United States District Judge

**EXHIBIT A**

**DEFAULTING DEFENDANTS' CONTACT INFORMATION**

| S. No. | Defaulting Defendant | Email |
|---|---|---|
| 11 | Vivi_hua | vivi_hua@163.com |
| 14 | St_sz_eli | tonytang99@sina.com |
| 17 | Superoneshop | 748863665@qq.com |
| 49 | Shop5728262 | feixshuma@sina.com |
| 53 | Shop5730341 | chenglxgs@163.com |
| 74 | Dreamgoal | 872611038@qq.com |
| 86 | WenFran | xxxwxyz@163.com |